BEN 275C(1)   0020 13301
313

STATE OF ILLINOIS
DEPARTMENT OF EMPLOYMENT SECURITY
BENEFIT PAYMENT CONTROL
PO BOX 4385
CHICAGO, IL 60680-4385
FAX:  (630) 645-3727


LASHUN J HALL                              Date: 11/07/14
2027 W SKYHAWK AVE
WAUKEGAN, IL  60087                        CIN:   3928406


(ESTE ES UN AVISO IMPORTANTE. SI NO LO ENTIENDE, BUSQUE UN INTERPRETE)

NOTICE OF FRAUD DECISION


This Decision is issued pursuant to Sections 703, 900, 901 and 239/402 of the
Illinois Unemployment Insurance Act.

For the weeks shown on the attached Overpayment Detail, you were employed and
earned wages while collecting Unemployment Insurance benefits.  Information
obtained from you, your employer(s), other interested parties and your claim
records support these facts.

Wages earned from employment are deductible from Unemployment Insurance
benefits.  You failed to correctly report your employment and earnings on your
Unemployment Insurance claim for the weeks listed on the attached Overpayment
Detail sheet.

You knowingly made false statements or failed to disclose material facts for the
purposes of receiving these benefits for which you were not eligible.

You are overpaid $13,381.00 due to Fraud, as defined in Sections 900 and 901 of
the Illinois Unemployment Insurance Act.  You must repay this overpayment.  This
overpayment will not expire and you will not receive any benefits until the
overpayment is repaid or recouped in full.

In addition to the fraud overpayment, under Section 901 of the Act, you will be
required to serve 26 penalty weeks on any Illinois Unemployment Insurance claim
you file within two years from the date of this Decision.  You may serve penalty
weeks only if you are otherwise eligible, and certify for benefits.

Please mail your payment with the attached transmittal.
Make your check or money order payable to the: DIRECTOR OF EMPLOYMENT SECURITY.
WRITE YOUR CLAIMANT IDENTIFICATION NUMBER (CIN FROM ABOVE) ON YOUR PAYMENT.

To pay by credit card, enter your complete credit card number, 4 digit expiration
date (2 digit month and 2 digit year), amount and signature in the credit card
section of the transmittal. The credit card must be issued in your name.


Sincerely,

S AGUILAR, SPECIAL AGENT
Benefit Payment Control                    Exhibit A
Phone (312) 793-7566                        1 of 3                    F-F

APPEAL RIGHTS: IF YOU DISAGREE WITH THIS DECISION, you must file an appeal  in person at your Unemployment Insurance office, by mail or by fax within thirty(30) days of the date of this notice.  Appeals submitted by mail mus t bear a postmark date, or faxed date if submitted by fax, within the applicable time limit for filing.  If the last day for  filing your appeal is a Saturday o r Sunday, or any other day that the office is closed, the appeal may be file d on the next day the office is open.  If you file an appeal, a hearing will be  held before a Referee who will give you an opportunity to present evidence.  You will be notified in advance of the time and location of the hearing.  If you fi le an appeal, continue to certify for benefits as long as you remain unemployed o r until you are otherwise instructed.

Exhibit A
2 of 3

NOTICE OF FRAUD DECISION
OVERPAYMENT DETAIL

HALL                                                                13301  3928406

| WEEK PAID | WAGES REPORTED | WAGES EARNED | EMPLOYER OR CAUSE | BENEFITS PAID | BENEFITS ALLOWED | BENEFITS OVERPAID | DECISION |
|---|---|---|---|---|---|---|---|
| 7/13/13 | .00 | 540.00 | MEDIX STAFFING SOLUT | 562.00 | 0.00 | 562.00 | FRAUD |
| 7/20/13 | .00 | 540.00 | MEDIX STAFFING SOLUT | 562.00 | 0.00 | 562.00 | FRAUD |
| 7/27/13 | .00 | 540.00 | MEDIX STAFFING SOLUT | 562.00 | 0.00 | 562.00 | FRAUD |
| 8/03/13 | .00 | 545.06 | MEDIX STAFFING SOLUT | 562.00 | 0.00 | 562.00 | FRAUD |
| 8/10/13 | .00 | 540.00 | MEDIX STAFFING SOLUT | 562.00 | 0.00 | 562.00 | FRAUD |
| 8/17/13 | .00 | 545.06 | MEDIX STAFFING SOLUT | 562.00 | 0.00 | 562.00 | FRAUD |
| 8/24/13 | .00 | 545.06 | MEDIX STAFFING SOLUT | 562.00 | 0.00 | 562.00 | FRAUD |
| 8/31/13 | .00 | 545.06 | MEDIX STAFFING SOLUT | 562.00 | 0.00 | 562.00 | FRAUD |
| 9/07/13 | .00 | 432.00 | MEDIX STAFFING SOLUT | 562.00 | 0.00 | 562.00 | FRAUD |
| 9/14/13 | .00 | 516.38 | MEDIX STAFFING SOLUT | 562.00 | 0.00 | 562.00 | FRAUD |
| 9/21/13 | .00 | 545.06 | MEDIX STAFFING SOLUT | 562.00 | 0.00 | 562.00 | FRAUD |
| 9/28/13 | .00 | 536.63 | MEDIX STAFFING SOLUT | 562.00 | 0.00 | 562.00 | FRAUD |
| 10/05/13 | .00 | 428.63 | MEDIX STAFFING SOLUT | 562.00 | 0.00 | 562.00 | FRAUD |
| 10/12/13 | .00 | 509.63 | MEDIX STAFFING SOLUT | 562.00 | 0.00 | 562.00 | FRAUD |
| 10/19/13 | .00 | 536.63 | MEDIX STAFFING SOLUT | 562.00 | 0.00 | 562.00 | FRAUD |
| 10/26/13 | .00 | 540.00 | MEDIX STAFFING SOLUT | 468.00 | 0.00 | 468.00 | FRAUD |
| 11/02/13 | .00 | 545.06 | MEDIX STAFFING SOLUT | 468.00 | 0.00 | 468.00 | FRAUD |
| 11/09/13 | .00 | 513.00 | MEDIX STAFFING SOLUT | 468.00 | 0.00 | 468.00 | FRAUD |
| 11/16/13 | .00 | 432.00 | MEDIX STAFFING SOLUT | 562.00 | 0.00 | 562.00 | FRAUD |
| 11/23/13 | .00 | 492.75 | MEDIX STAFFING SOLUT | 562.00 | 0.00 | 562.00 | FRAUD |
| 11/30/13 | .00 | 382.05 | MEDIX STAFFING SOLUT | 562.00 | 387.00 | 175.00 | FRAUD |
| 12/07/13 | .00 | 600.75 | MEDIX STAFFING SOLUT | 562.00 | 0.00 | 562.00 | FRAUD |
| 12/14/13 | .00 | 536.63 | MEDIX STAFFING SOLUT | 562.00 | 0.00 | 562.00 | FRAUD |
| 12/21/13 | .00 | 536.63 | MEDIX STAFFING SOLUT | 562.00 | 0.00 | 562.00 | FRAUD |
| 12/28/13 | .00 | 418.50 | MEDIX STAFFING SOLUT | 562.00 | 0.00 | 562.00 | FRAUD |

TOTAL BENEFITS OVERPAID        $13,381.00

Exhibit A
3 of 3